UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Leonardo Gabriel Gonzalez-Reyes,<br><br>Defendant. | CASE NO.:   3:21-cr-02807-JLS<br><br>Order to Continue Motion Hearing and Trial Setting Hearing |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Gonzalez-Reyes's motion hearing and trial setting hearing, currently scheduled for November 12, 2021 at 1:30 p.m., be continued to December 10, 2021 at 1:30 p.m. It is further ordered that time between November 12, 2021 and December 16, 2021 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C. §3161(h)(7)(B)(i), (iv).

IT IS SO ORDERED.

Dated:  November 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge