UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Leonardo Gabriel Gonzalez-Reyes,<br><br>    Defendant. | CASE NO.:   3:21-cr-02807-JLS<br><br>Order to Continue Motion Hearing and Trial Setting Hearing |

**IT IS HEREBY ORDERED** that Mr. Gonzalez-Reyes's motion hearing and trial setting hearing, currently scheduled for January 28, 2022, be continued to March 4, 2022 at 1:30 p.m.  It is further ordered that time between January 28, 2022 and March 4, 2022, shall be excluded under the Speedy Trial Act due to pending motions and because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the Parties' exercise of due diligence.  See 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7).

  IT IS SO ORDERED.

Dated:  January 26, 2022

                      *Janis L. Sammartino*
                      Hon. Janis L. Sammartino
                      United States District Judge