UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>       v.<br><br>Leonardo Gabriel Gonzalez-Reyes,<br><br>                    Defendant. | CASE NO.:   3:21-cr-02807-JLS<br><br>**Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Hearing** |

**IT IS HEREBY ORDERED** that Mr. Gonzalez-Reyes' motion hearing and trial setting hearing, currently scheduled for March 4, 2022 at 1:30 p.m., shall be continued to April 8, 2022 at 1:30 p.m.  It is further ordered that time between March 4, 2022 and April 8, 2022, shall be excluded under the Speedy Trial Act due to pending motions and because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the Parties' exercise of due diligence.  See 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7).

IT IS SO ORDERED.

Dated:  March 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge